IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02211-ZLW-KLM

JAMES M. RALPH,

    Plaintiff,

v.

U.S. AIR FORCE MGIB, and
DEFENSE FINANCE AND ACCOUNTING SERVICE,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Plaintiff James M. Ralph filed a state court Complaint on July 26, 2006, in the Small Claims Court in Denver County, Colorado, against Defendants U.S. Air Force MGIB and Defense Finance and Accounting Service.  On November 3, 2006, Plaintiff's case was removed to this Court pursuant to 28 U.S.C. §§ 1441and 1446.

Pursuant to  28 U.S.C. § 636(b)(1) (A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter was referred to Magistrate Judge Boyd N. Boland.  On August 2, 2007, this case was reassigned to Magistrate Judge Kristen L. Mix, who filed a Recommendation Of United States Magistrate Judge on October 2, 2007, and an Amended Recommendation Of United States Magistrate Judge on October 4, 2007, in which she recommended that Defendants' Motion To Dismiss be granted and the Complaint be dismissed with prejudice.  Plaintiff has filed no objections.

The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's findings and Recommendation. Therefore, it is

ORDERED that Defendants' Motion To Dismiss is granted, and the Complaint and cause of action are dismissed with prejudice. It is

FURTHER ORDERED that the Clerk shall enter judgment for dismissal with prejudice.

DATED at Denver, Colorado, this   31   day of October, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court